UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:13-cv-01237 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPENING BRIEF<br><br>(Doc. 11) |

　　　　On March 31, 2014, the parties stipulated for Plaintiff to have an extension of time to file an opening brief. (Doc. 11).  Notably, the Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), which has not been used by the parties.  Accordingly, an extension of time is appropriate.

　　　　Based upon the foregoing, **IT IS HEREBY ORDERED**:

　　　　1.　　The extension of time is **GRANTED**;

　　　　2.　　Plaintiff **SHALL** file an opening brief on or before **April 28, 2014**.

IT IS SO ORDERED.

　　Dated:　**April 1, 2014**　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1