1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHNNY CONTRERAS,                    )   Case No.: 1:13-cv-01237 - JLT
                                          )
12                Plaintiff,              )   ORDER GRANTING EXTENSION OF TIME
                                          )
13        v.                              )   (Doc. 13)
                                          )
14   CAROLYN W. COLVIN,                   )
     Acting Commissioner of Social Security, )
15                                        )
                  Defendant.              )
16   _____ )

17        On April 25, 2014, the parties filed a stipulation for Plaintiff Johnny Contreras to have an

18   extension of thirty-one days to file an opening brief.  (Doc. 13.)  Importantly, the scheduling order in

19   this action allows for "a *single* thirty (30) day extension" by stipulation of the parties.  (Doc. 5 at 4,

20   emphasis added.)  This extension was used by the plaintiff in his previous request for an additional

21   thirty days to prepare an opening brief.  (Docs. 11-12.)  Beyond the single thirty-day extension,

22   "requests to modify [the scheduling] order must be made by written motion and will be granted only

23   for good cause."  (Doc. 5 at 4.)  Therefore, the Court construes the stipulation of the parties to be a

24   motion by Plaintiff for modification of the Court's Scheduling Order.

25        A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly

26   disregarded without peril."  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992).

27   The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel."

28   *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7 (E.D. Cal.

                                            1

Oct. 9, 2009).  Here, Plaintiff's counsel requests the extension "to allow time for possible settlem[ent]." (Doc. 13 at 2.)  The Court will grant Plaintiff's request for a further extension of time because Defendant does not oppose the request.  However, the parties are cautioned that no further extensions of time will be granted without a showing of good cause.

Accordingly, **IT IS HEREBY ORDERED**:

1.      Plaintiff's request for an extension of time is **GRANTED**; and

2.      Plaintiff **SHALL** file an opening brief on or before **May 29, 2014**.

IT IS SO ORDERED.

Dated:   __**April 28, 2014**__                    ____**/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

2