# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHNNY CONTRERAS,                                     )   Case No.: 1:13-cv-01237 - JLT
                                                      )
           Plaintiff,                 )   AMENDED ORDER AWARDING ATTORNEY'S
                                                      )   FEES AND EXPENSES PURSUANT TO THE
     v.                                         )   EQUAL ACCESS TO JUSTICE ACT
                                                      )
CAROLYN W. COLVIN,                                    )
Acting Commissioner of Social Security,               )
                                                      )
           Defendant.                 )
                                                      )

---

     On May 12, 2015, Plaintiff Johnny Contreras and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920.  (Doc. 22.)

     Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $4,825.88 is **AWARDED** to Plaintiff, Johnny Contreras.

IT IS SO ORDERED.

    Dated:   **May 15, 2015**                    _____**/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE